JOHN GODWIN, ADMINISTRATOR OF THE ESTATE OF
INEZ GODWIN, DECEASED,

*v.*

STATE OF ILLINOIS.

*Opinion filed November 19, 1914.*

NON-LIABILITY OF STATE—*Morrissey* v. *State* and *Farmer* v. *State
ante followed.* This claim is governed by the decisions of the
Court in the cases of *Morrissey* v. *State, supra,* and *Farmer* v. *State,
supra.*

Chipperfield & Chipperfield, Browne & Wiley, Duncan,
Doyle & O'Conor, Howard H. Bayne, George P. Hills, Gleim
& Colwell, for Claimant.

P. J. Lucey, Attorney General, and Arthur R. Roy, Assist-
ant Attorney General, (Stead, Woodward & Hibbs, of Coun-
sel), for State.

This is one of the so-called Utica bridge cases, and
its decision is controlled by the decisions of the
*Morrissey* and *Farmer cases.*

Decedent was under the bridge at the time of the
accident. She was twelve years old, and left surviving
her, her father, mother and five brothers and sisters.
She sustained a compound fracture of a leg and tetanus
set in, as a result of which she died fourteen days after
the accident.

It is the judgment of the Court, that the claim be
denied, without prejudice to the right of claimant to
present his claim to the legislature, and with the state-
ment, that if it were within our power, we would award
to claimant the sum of three thousand dollars.